No. 70–204.   ZOLLMAN ET AL. *v.* SYMINGTON WAYNE CORP. ET AL.   C. A. 7th Cir.   Certiorari denied.

No. 70–205.   CAINE ET AL. *v.* UNITED STATES.   C. A. 2d Cir.   Certiorari denied.

No. 70–206.   PETERSON *v.* UNITED STATES.   C. A. 9th Cir.   Certiorari denied.

No. 70–207.   LEVY *v.* MICHIGAN.   Ct. App. Mich. and/or Sup. Ct. Mich.   Certiorari denied.

No. 70–208.   MILLER *v.* SPEIGHT.   C. A. 7th Cir. Certiorari denied.

No. 70–213.   GROENDYKE TRANSPORT, INC. *v.* NATIONAL LABOR RELATIONS BOARD.   C. A. 5th Cir.   Certiorari denied.

No. 70–216.   INTERNATIONAL PAPER CO. *v.* FEDERAL POWER COMMISSION.   C. A. 2d Cir.   Certiorari denied.

No. 70–217.   ANSTED *v.* FROEHLKE, SECRETARY OF THE ARMY, ET AL.   C. A. 7th Cir.   Certiorari denied.

No. 70–219.   MUNCASTER *v.* UNITED STATES.   C. A. 5th Cir.   Certiorari denied.

No. 70–224.   HOLCOMB *v.* CESSNA AIRCRAFT CO. ET AL. C. A. 5th Cir.   Certiorari denied.

No. 70–225.   FALK ET AL., DBA DRUCKER & FALK *v.* HODGSON, SECRETARY OF LABOR.   C. A. 4th Cir.   Certiorari denied.